UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20583-SINGHAL/TORRES

UNITED STATES OF AMERICA

v.

MARK HERNANDEZ,
BRIAN DUBLYNN, and
JENNIFER SANFORD,

        **Defendants.**
_____/

### JOINT MOTION TO CONTINUE TRIAL AND CALENDAR CALL

The parties respectfully file this Joint Motion to Continue the sentencing hearings for Defendants **MARK HERNANDEZ**, **BRIAN DUBLYNN**, and **JENNIFER SANFORD**, currently scheduled to be sentenced on May 18, 2023, and May 25, 2023, respectively, and state as follows:

1. Under this Court's prior Orders continuing the sentencing hearings in this case for each of the three defendants mentioned above [D.E. 286-288, and 291], **BRIAN DUBLYNN** and **JENNIFER SANFORD** are currently scheduled to be sentenced on May 18, 2023, and **MARK HERNANDEZ** is currently scheduled to be sentenced on May 25, 2023.

2. The parties have met and conferred and suggest a sentencing date for all three defendants on June 7, 2023. This will conserve judicial resources by setting all the hearings on the same day, avoid any scheduling issues at the Fort Lauderdale Courthouse, and allow the parties to prepare for these sentencing hearings more fully, including filing sentencing memoranda, notifications of possible victims, and issues related to prior cooperation by each Defendant.

3. Accordingly, given these factors and in the interests of efficiency and judicial

economy, the United States of America and the Defendants have conferred and agreed, and now respectfully ask this Court to continue the sentencing hearings in this case for **MARK HERNANDEZ**, **BRIAN DUBLYNN**, and **JENNIFER SANFORD** to June 7, 2023, or some other date more convenient for the Court and the parties.

4.  If the Court deems it necessary, the Government will be available in person to discuss scheduling for these sentencings at the change of plea hearing for **PETER PORT**, which is currently set for May 10, 2023, at 11 AM [D.E. 314].

5.  Accordingly, the parties hereby submit this Joint Request to Continue the Sentencings of **MARK HERNANDEZ**, **BRIAN DUBLYNN**, and **JENNIFER SANFORD** until June 7, 2023, or some other date set by this Court at this Court's convenience.

Dated: May 8, 2023

Respectfully submitted,

MARKENY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON, CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:  /s/ James V. Hayes
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
James.Hayes@usdoj.gov
Telephone: (202) 774-4276

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ James V. Hayes